Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Lorretta Smoot
1119 West Roosevelt Road
104
Chicago, IL 60608
SSN: xxx−xx−1591 EIN: N.A.

Case No. : 22−12554
Chapter : 7
Judge : Donald R Cassling

---

Debtor's Attorney:
Michael A Miller
The Semrad Law Firm, LLC
11101 S. Western Avenue
Chicago, IL 60643

312−256−8728

Trustee:
Deborah Kanner Ebner
P. O. BOX 929
GLENVIEW, IL 60025

(312) 9223838 Ext. 1

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on *October 28, 2022* .

1. *September 18, 2024* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *September 18, 2024* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: June 18, 2024

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court